IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 4:05CR387 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER OF RECUSAL |
| | ) | |
| **DARTAVIAN DE SHAWN WATSON, et al.** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 26th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge