IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR387 |
| | ) | |
| v. | ) | |
| | ) | |
| DARTAVIAN DE SHAWN WATSON, BILLY DEE SPENCER, JUAN ANTONIO GARCIA, | ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 14) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters

DATED this 26th day of October, 2005.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge