IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR387 |
| | ) | |
| DARTAVIAN DESHAWN WATSON, | ) | **SCHEDULING ORDER** |
| BILLY DEE SPENCER, | ) | |
| JUAN ANTONIO GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the following are set for hearing on **December 13, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Evidence [25] filed by Dartavian DeShawn Watson
- Motion to Suppress Arrest, Statement and Physical Evidence [27] filed by defendant Billy Dee Spencer
- Motion to Suppress [29] filed by defendant Juan Antonio Garcia

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 18th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge