IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:05CR387 |
| DARTAVIAN DESHAWN WATSON,<br>BILLY DEE SPENCER,<br>JUAN ANTONIO GARCIA, | ) | **SCHEDULING ORDER** |
| Defendants. | ) | |

Before the court is the government's Motion to Continue [32]. Good cause being shown, the motion to continue will be granted and the previously scheduled evidentiary hearing on the pending motions will be rescheduled.

IT IS ORDERED;

1. That the government's Motion to Continue [32] is granted; and

2. That the following are rescheduled for hearing to **January 27, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Evidence [25] filed by Dartavian DeShawn Watson
- Motion to Suppress Arrest, Statement and Physical Evidence [27] filed by defendant Billy Dee Spencer
- Motion to Suppress [29] filed by defendant Juan Antonio Garcia

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 8th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge