IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR387 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| DARTAVIAN DE SHAWN WATSON, | ) | THE INDICTMENT |
| BILLY DEE SPENCER, | ) | |
| JUAN ANTONIO GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment against Defendants DARTAVIAN DE SHAWN WATSON, BILLY DEE SPENCER and JUAN ANTONIO GARCIA, pursuant to Motion of the United States (Filing No. 58).

DATED this 16 day of June, 2006.

BY THE COURT:

_____
JOSEPH F. BATAILLON
United States District Judge